534

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of Frederick Cecil BARTHOLOMEW, a Minor, and Myllicent Bartholomew, Guardian, Respondent.**

No. 11141.

Circuit Court of Appeals, Ninth Circuit.

Oct. 29, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Baldwin Robertson, of Los Angeles, Cal., for respondent.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issued forthwith.

**Harry KNIGHT, Appellant, v. PEOPLE of State of California et al., Appellees.**

No. 11095.

Circuit Court of Appeals, Ninth Circuit.

Oct. 15, 1945.

Harry Knight, in pro. per., for appellant.

No appearances for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The clerk of this Court having notified the appellant herein of his default in depositing with the clerk the estimated expense of printing the transcript of record in this cause, and the matter of such default being called to the attention of the Court, pursuant to Rule 19 of the Rules of this Court, and appellant not having responded to such notice, and upon consideration of the transcript of record herein and files of this Court, it is ordered that the appeal in this cause be and hereby is dismissed for want of jurisdiction, that a decree be filed and entered accordingly and that the mandate of this court in this cause issue according to Rule.

**G. L. SANDERS, Appellant, v. George S. ALLEN, Appellee.**

No. 11121.

Circuit Court of Appeals, Ninth Circuit.

Oct. 15, 1945.

James G. Whyte, of Claremont, Cal., for appellant.

Paul Taylor and Dante La Franche, both of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.